**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Barbara Deane LONG, Defendant–Appellant.**

No. 02–30416.

D.C. No. CR–02–00236–BJR.

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2003.*

Decided July 29, 2003.

Before LEAVY, HAWKINS and RAWLINSON, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM**

Barbara Deane Long appeals the 51–month sentence imposed following her guilty plea conviction for bank robbery in violation of 18 U.S.C. § 2113(f). We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742(a). We review de novo the district court's interpretation of the sentencing guidelines, *United States v. Hughes*, 282 F.3d 1228, 1230 (9th Cir. 2002), review for clear error the factual basis for the district court's sentencing decision, *United States v. Parish*, 308 F.3d 1025, 1029 (9th Cir.2002), and review for abuse of discretion the district court's application of the Guidelines to a particular set of facts, *United States v. Hicks*, 217 F.3d 1038, 1047 (9th Cir.2000). We affirm.

Contrary to Long's contention, the district court did not err by applying the two-level enhancement under U.S.S.G. § 2B3.1(b)(2)(F). During one robbery Long instructed a teller to "Give me $500 and don't say anything. I have my partner waiting outside with a gun." During another robbery, Long said, "Don't say anything for fifteen minutes or you and I both won't go back safe," and "I've got a gun and I'm going to kill you both." These statements were sufficient under the circumstances to "instill in a reasonable person, who is a victim of the offense, a fear of death," as a threat to his or her life. U.S.S.G. § 2B3.1(b)(2)(F); *see also id.* at cmt. 6. (observing that "the defendant does not have to state expressly his intent to kill the victim in order for the enhancement to apply.")

Long's remaining contentions lack merit.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

